IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**AMY PERRY,**

**Defendant.**              No. 11-0743-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the government's motion to dismiss (Doc. 8). The government moves the Court to dismiss this matter without prejudice as it has been settled. Accordingly, the Court **GRANTS** the motion and **DISMISSES without prejudice** this cause of action. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 9th day of March, 2012.

David R. Herndon
2012.03.09
16:22:18 -06'00'

Chief Judge
United States District Court